# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jack, Janis G. | U. S. District Court | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1133 N. Shoreline Blvd.
Room 321
Corpus Christi, TX 78401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | April 25-26, 2012 | Chicago, IL | Speak at conference | Transportation Reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST NATL. BANK | A | Interest | J | T | | | | | |
| 2. ▓▓▓▓▓▓▓ PROFIT SHARING PLAN: | | | | | | | | | |
| 3. INVESCO STIC PRIME INSTITUTIONAL fka AIM STIC Prime | A | Dividend | M | T | Distributed (part) | 12/14/12 | M | | |
| 4. PIMCO TOTAL RETURN FUND - A | E | Dividend | O | T | | | | | |
| 5. US SVGS BDS SER I | A | Interest | K | T | | | | | |
| 6. US SVGS BDS SER I | B | Interest | K | T | | | | | |
| 7. MAINSTAY LARGE CAP GROWTH FD I | A | Dividend | M | T | | | | | |
| 8. THORNBURG INTL VALUE FUND CLASS I* | B | Dividend | M | T | | | | | |
| 9. VANGUARD SHORTTERM INV GRADE INSTL | D | Dividend | N | T | | | | | |
| 10. Templeton Global Bond Fund* | D | Dividend | N | T | | | | | |
| 11. Mainstay Convertible Fund I* | C | Dividend | M | T | | | | | |
| 12. ARTIO US SMALL CAP FUND I | | None | | | Sold | 09/06/12 | K | | |
| 13. CAMBIAR SMALL CAP FUND INSTL | A | Dividend | K | T | | | | | |
| 14. COHEN & STEERS INSTL REALTY FD | B | Dividend | L | T | | | | | |
| 15. MFS VALUE FUND I | B | Dividend | M | T | | | | | |
| 16. HARTFORD FLOATING RATE FUND CL I | C | Dividend | L | T | | | | | |
| 17. IVY HIGH INCOMEFUND CLASS I | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD SMALL-CAP GROWTH INDEX ADM* | A | Dividend | K | T | Buy | 09/06/12 | K | | |
| 19. PUTNAM US GOVT INC TR IRA - FROST BROKERAGE SVCS: | | | | | | | | | |
| 20. PUTNAM INTL GROWTH FD CL A | A | Dividend | | | Distributed | 7/10/12 | K | | |
| 21. CASH VALUE OF LIFE INSURANCE: | | | | | | | | | |
| 22. MUTUAL OF NEW YORK | A | Interest | K | T | | | | | |
| 23. MASSACHUSETTS MUTUAL | A | Dividend | J | T | | | | | |
| 24. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 25. LINCOLN NATL LIFE INS CO | A | Dividend | J | W | | | | | |
| 26. AMERICAN BANK | A | Interest | J | T | | | | | |
| 27. AMERICAN BANK | A | Interest | J | T | | | | | |
| 28. VCSP/COLLEGE AMERICA - GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 29. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | K | T | | | | | |
| 30. VCSP/COLLEGE AMERICA GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 31. VCSP/COLLEGE AMERICA INVESTMENT COMPANY OF AMERICA | A | Dividend | J | T | | | | | |
| 32. EDUCATION TRUST #1 - REAL ESTATE | E | Distribution | L | T | | | | | |
| 33. EDUCATION TRUST #2 - REAL ESTATE | E | Distribution | L | T | | | | | |
| 34. FAMILY REALTY LLC - REAL ESTATE | | None | P1 | U | Distributed (part) | 8/8/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BANK OF AMERICA | | None | J | T | | | | | |
| 36. 2008 LIFETIME TRUST - REAL ESTATE | | None | L | T | | | | | |
| 37. FROST BANK | A | Interest | J | T | | | | | |
| 38. FROST BANK | A | Interest | J | T | | | | | |
| 39. FROST BANK | A | Interest | J | T | | | | | |
| 40. NAVY ARMY COMMUNITY CR UN | A | Interest | J | T | | | | | |
| 41. NAVY ARMY COMMUNITY CR UN | B | Interest | L | T | | | | | |
| 42. NAVY ARMY COMMUNITY CR UN | A | Dividend | L | T | | | | | |
| 43. FROST BANK | A | Interest | K | T | Open | 3/13/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investment 10 as shown on 2011 financial disclosure report was in fact distributed 10/28/11 (Value Code L; Dividend Income During Reporting Period Code A) and was reported as investment on 2011 financial disclosure in error.

| Name of Person Reporting | Date of Report |
|---|---|
| Jack, Janis G. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis G. Jack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544